**Carl E. BRANT, Appellant,**

v.

**SWIFT–ECKRICH, INC., dba Armour Swift Eckrich Consumer Products Company, Appellee.**

**No. 00–3256.**

United States Court of Appeals, Eighth Circuit.

Submitted April 20, 2001.

Decided April 27, 2001.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

Carl E. Brant appeals the district court's dismissal of Brant's disability-discrimination suit against his former employer. We have reviewed the record and agree Brant did not meet the statutory prerequisites for filing his lawsuit. *See* 42 U.S.C. § 2000e–5(e)(1) (charge of discrimination must be filed with Equal Employment Opportunity Commission (EEOC) within 180 days of unlawful employment practice); *Boersig v. Union Elec. Co.,* 219 F.3d 816, 821 (8th Cir.2000) (reasonable-accommodation claim was barred because plaintiff filed EEOC charge after time prescribed by § 2000e–5(e)), *cert. denied,* 531 U.S. 1113, 121 S.Ct. 857, 148 L.Ed.2d 771 (2001). Accordingly, we affirm. *See* 8th Cir. R. 47B.